Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00012-CV

### IN RE BEXAR APPRAISAL DISTRICT

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  January 12, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On January 4, 2011, relator filed a petition for writ of mandamus and a motion for emergency temporary relief.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and motion for emergency temporary relief are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-12892, styled *IH-10/Loop 1604 Partners, Ltd. v. Bexar County Appraisal District*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.  However, the order complained of was signed by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.